UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 07-12755-BKC-PGH
PROCEEDING UNDER CHAPTER 13

IN RE:

ROGER TODD
XXX-XX-7364
CHRISTINE TODD
XXX-XX-4851

DEBTORS _____/

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE U.S. BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $321.83 remaining in her bank account
which represents unpresented checks drawn and mailed to entities
pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in
a case under Chapter 13 in the above-named case. The Trustee has made
a good-faith effort to verify the correct mailing address for said
entitiies and to deliver the funds before presenting this notice. More
than sufficient time has passed for these checks to be presented for
payment.

Attached and made a part of this notice, is a list, pursuant to
Bankruptcy Rule 3001, of the names, claim numbers and addresses of the
claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum
has been deposited with the Clerk of the U.S. Bankruptcy Court,
Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing
Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court
Clerk was mailed to the parties listed on the attached service list
this 4th day of August, 2011.

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

AUG 1 1 2011

FILED    RECEIVED

P A I D
135612

## SERVICE LIST

DEBTORS
ROGER TODD
CHRISTINE TODD
3100 N COLTON RD
AVON PARK, FL 33825

ATTORNEY FOR DEBTORS
NORMAN L. SCHROEDER, II, ESQ
6801 LAKE WORTH ROAD
SUITE 120
LAKE WORTH, FL 33467

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

## Attachment - Listing of Claimant

Case Number:   07-12755-BKC-PGH

Creditor No.:  133850

Claimant:      GMAC MORTGAGE CORPORATION
               PO BOX 963
               HORSHAM, PA 19044